SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>    vs.<br><br>Kim Lethi, et al,<br><br>       Defendants | Case No. **2:11-cv-01254-KJM-JFM**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF LWM SOUTHWEST, LLC**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant LWM Southwest, LLC is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

DATED: August 23, 2011.

_____
UNITED STATES DISTRICT JUDGE